UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:

SOUTH SPANISH TRAIL, LLC,

    Plaintiff,

v.

CARIBBEAN CROSSINGS, LTD., INC.
and ALL OTHERS IN POSSESSION,

    Defendants.
_____/

CARIBBEAN CROSSINGS, LTD., INC.,

    Counter- / Third-Party Plaintiff,

v.

SOUTH SPANISH TRAIL, LLC, and BOARD OF
TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA,

    Counter- / Third-Party Defendants,
_____/

SOUTH SPANISH TRAIL, LLC,

    Cross-Plaintiff,

v.

BOARD OF TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND OF THE
STATE OF FLORIDA, FLORIDA INLAND
NAVIGATION DISTRICT, and UNITED STATES
OF AMERICA (ARMY CORPS OF ENGINEERS),

    Cross-Defendants.
_____/

**UNITED STATES OF AMERICA ARMY CORPS OF ENGINEERS'
NOTICE OF REMOVAL**

The United States of America (Army Corps of Engineers), by and through the undersigned Assistant United States Attorney, files this Notice of Removal pursuant to 28 U.S.C. § 1442(a)(1), and, in support thereof, states the following:

1. On June 11, 2021, Plaintiff/Cross-Plaintiff, South Spanish Trail, LLC ("SST"), filed a crossclaim against the United States Army Corps of Engineers in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, in the case of South Spanish Trail, LLC v. Caribbean Crossings Ltd., Inc., et al., Case No. 2019-CA-011403. Copies of the following pleadings are attached hereto:

- SST's Second Amended Complaint (Exhibit 1)

- Caribbean Crossings Ltd., Inc. ("Caribbean")'s Answer, Defenses, Affirmative Defenses, and Counterclaims to Plaintiff's Second Amended Compliant (Exhibit 2)

- Caribbean's First Amended Counterclaim and Third-Party Complaint (Exhibit 3)

- SST's Answer, Affirmative Defenses, and Cross-Claims to Caribbean's First Amended Counterclaim and Third-Party Complaint, which includes the crossclaims naming the United States Army Corps of Engineers (Exhibit 4)

2. Palm Beach County, Florida, is within the Southern District of Florida.

3. The crossclaims seeks a declaration of property rights allegedly held by, and acquired from, the United States.

4. "A civil action . . . that is commenced in a State court and that is against or directed to [the United States] may be removed by [it] to the district court of the United States for the district and division embracing the place wherein it is pending . . . ." 28 U.S.C. § 1442(a)(1).

5. Removal of a state court action is proper under § 1442(a)(1) when the United States is named as a defendant in a crossclaim. See Powerex Corp. v. Reliant Energy Servs., Inc., 551 U.S. 224, 233–34, (2007) (analyzing appellate review of remand post removal of a

crossclaim naming federal agencies); cf. Reese v. South Florida Water Management Dist., 853 F. Supp. 413, 414 (S.D. Fla. 1994) (denying a motion to remand, and affirming removal of a state court action under § 1442(a)(1), where a federal official was named in an official capacity in a third-party complaint).

6.  Accordingly, pursuant to § 1442(a)(1), South Spanish Trail, LLC v. Caribbean Crossings Ltd., Inc., et al., Case No. 2019-CA-011403 is removed to this Court.

7.  By filing this removal, the United States does not waive any of the defenses available under the Federal Rule of Civil Procedure, including, but not limited to, lack of subject matter jurisdiction, failure to state a claim, insufficiency of process, and insufficiency of service of process.

WHEREFORE, for the foregoing reasons, Crossclaim Defendant, United States of America Army Corps of Engineers, removes the case of South Spanish Trail, LLC v. Caribbean Crossings Ltd., Inc., et al., Case No. 2019-CA-011403, filed in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach, Florida, from state court to federal court pursuant to 28 U.S.C. § 1442(a)(1).

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

By: /s/ John S. Leinicke
JOHN S. LEINICKE
ASSISTANT UNITED STATES ATTORNEY
Fla. Bar. 64927
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9212
Fax: (305) 530-7679
Email: john.leinicke@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record and parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Sacha A. Boegem, Esq.
Ricardo A. Reyes, Esq.
Carrie S. Robinson, Esq.
TOBIN & REYES, P.A.
225 N. E. Minzner Blvd., Suite 510
Boca Raton, Florida 33432
eservice@tobinreyes.com
rar@tobinreyes.com
sboegem@tobinreyes.com
csrobinson@tobinreyes.com
*Counsel for South Spanish Trail, LLC*

Elisa H. Baca, Esq.
Mark F. Bideu, Esq.
Jessica Fishfeld, Esq.
Robert R. Kane, III, Esq.
Jared R. Kessler, Esq.
Humberto H. Ocariz, Esq.
GREENBERG TRAURIG, PA.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
OcarizB@gtlaw.com
BelloY@gtlaw.com
FishfieldJ@gtlaw.com
KesslerJ@gtlaw.com
CruzM@gtlaw.com
BacaE@gtlaw.com
OrizondoL@gtlaw.com
BideauM@gtlaw.com
KaneR@gtlaw.com
ThomasD@gtlaw.com
ChalkeyT@gtlaw.com

4

MiaLitDock@gtlaw.com
flservice@gtlaw.com
*Counsel for Caribbean Crossings Ltd., Inc.*


Timothy L. Newhall, Esq.
Anita J. Patel, Esq.
Senior Assistant Attorney General
Complex Litigation
OFFICE OF THE ATTORNEY GENERAL
PL-01 The Capitol
Tallahassee, FL 32399
Telephone: (850) 414-3300
Timothy.Newhall@myfloridalegal.com
Anita.Patel@myfloridalegal.com
ComplexLitigation.eservice@myfloridalegal.com
*Counsel for State of Florida Board of Trustees of the Internal Improvement Trust Fund*

                                */s/ John S. Leinicke*
                                ASSISTANT UNITED STATES ATTORNEY